ACCEPTED
03-14-00198-CV
4173112
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 11:23:58 AM
JEFFREY D. KYLE
CLERK



**COKINOS BOSIEN & YOUNG**
*Attorneys at Law*

**JAMES B. EWBANK, II**
Board Certified - Civil Trial and Personal Injury Trial Law
Texas Board of Legal Specialization
*jewbank@cbylaw.com*

1210 Nueces Street
Austin, Texas 78701

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 11:23:58 AM
JEFFREY D. KYLE
Clerk

512.476.1080
Direct: 512.610.1181   Fax: 512.476.7770
www.cbylaw.com

February 10, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas   78701

> RE:   Court of Appeals Number:  03-14-00198-CV
>           Trial Court Case Number:     C2007-0387B
>
> Style:  City of New Braunfels, Texas v. Tourist Associated Businesses of Comal County; Union River LLC d/b/a Landa River Trips; Chuck's Tubes; Waterpark Management, Inc.; Tri-City Distributors, LP; Stone Randall Williams; and W.W.GAF, Inc. d/b/a Rockin "R" River Rides

Dear Mr. Kyle:

Please be advised that Jim Ewbank of Cokinos, Bosien & Young will argue the above-referenced case on behalf of appellees as set on March 11, 2015 at 1:30 p.m. before Justices Puryear, Pemberton and Bourland.

Yours very truly,

Jim Ewbank

JBE/lg

cc:   William M. McKamie
       McKamie Krueger, L.L.P.
       941 Proton Road
       San Antonio, TX   78258